UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

United States of America, )
        Petitioner, )
)
v. ) **JUDGMENT**
)
Richard Von Biberstein, Jr., ) No. 7:14-CV-175-BO
)
        Respondent. )
)

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that government's Petition to Enforce [DE 1] is hereby GRANTED and respondent is DIRECTED to obey the summons at issue in this case.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court ADOPTS IN PART the M&R entered by Magistrate Judge Numbers and DISMISSES all of Mr. Sullivan's pending motions before this Court [DE 19, 20, 28 28, 36, 40, 43] for lack of jurisdiction. Petitioner is put on notice that any future motions he files in this proceeding will be summarily dismissed.

This case is closed.

**This judgment filed and entered on March 25, 2015, and served on:**

Edward D. Gray (via CM/ECF Notice of Electronic Filing)
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)
Melody Jewell Jolly (via CM/ECF Notice of Electronic Filing)
James D. Sullivan (via US Mail at PO Box 441, Atkinson, NC 28421)

March 25, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk